ACCEPTED
03-14-00039-CV
4522993
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/17/2015 9:37:08 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00039-CV

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/17/2015 9:37:08 AM
JEFFREY D. KYLE
Clerk

**TOWER CAR WASH, INC.,**
**Appellant**

**v.**

**WESTPORT GROUP, INC.,**
**Appellee**

On Appeal from the 368th Judicial District Court
Of Williamson County, Texas

### JOINT MOTION TO DISMISS

TO THE HONORABLE THIRD COURT OF APPEALS

Tower Car Wash, Inc., Appellant, and Westport Group, Inc., Appellee, file this motion asking the Court to dismiss this appeal by agreement.

Respectfully Submitted,

WEST SHORT & ASSOCIATES, P.C.
313 West 10th Street
Georgetown, TX  78626
(512) 864-3911

By:    /s/ *N. West Short*_____
       N. West Short
       State Bar No. 00788407
       ATTORNEY FOR APPELLANT

SNEED, VINE & PERRY
1104 S. Rock Street
Georgetown, TX  78626
(512) 930-9775


By:   /s/ *Christopher Stanley*
       Christopher Stanley
       State Bar No. 19044400